Michael J. Frevola
F. Robert Denig
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, NY 10019
Telephone: (212) 513-3200
Telefax: (212) 385-9010
michael.frevola@hklaw.com
robert.denig@hklaw.com

ATTORNEYS FOR PETITIONER
HAFNIA TANKERS SHIPHOLDING ALPHA PTE. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFNIA TANKERS SHIPHOLDING ALPHA PTE. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> PETROLIFEROS ENERMEX S.A.P.I. DE C.V., JZ-LINK, S.A. DE C.V., TARGA FUELS, S.A. DE C.V., ENERMEX LOGISTICA Y TERMINALES, S.A. DE C.V., REVENT, S.A. DE C.V., COMBUSTIBLES ENERMEX, S.A. DE C.V., and JULIO JAUREGUI A/K/A JULIO JAUREGUI SAAD, <br><br> Defendants. | Civ. Act. No. 20-cv-3178 (PAE) <br><br> [~~PROPOSED~~] SEALING ORDER <br><br><br> **SUBJECT TO SEALING ORDER <br> -- DO NOT DISSEMINATE** |

Upon reading the Declaration of F. Robert Denig dated May 12, 2020, in support of Plaintiff's application to file under seal the Verified Complaint and all papers submitted with or upon Plaintiff's application for an Order for Issuance of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, it is:

**ORDERED**, pursuant to Fed. R. Civ. P. Rule 5.2(d) that that the Summons, Verified Complaint, Declaration in Support of Rule B Attachment and Application for Substitute Process Server, Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, Writ of Maritime Attachment and Garnishment, Rule 7.1 Statement, the Proposed Sealing Order, and the Declaration in Support of the Proposed Sealing Order shall be sealed and that the foregoing documents be maintained under seal for a period of no more than thirty (30) days or until Defendants' property, monies, or funds are attached and restrained by Plaintiff, whichever comes first.

**ORDERED**, that to decrease the potential dissemination of information, Plaintiffs will be required to serve on garnishees in this proceeding only the following documents (1) this Order of Sealing; (2) the Order for Issuance of Maritime Attachment and Garnishment; and (3) the Writ of Maritime Attachment and Garnishment. Upon receiving notice from a garnishee that any of Defendants' property has been attached, Plaintiff is directed to promptly serve on Defendants the Verified Complaint and all papers submitted with or upon Plaintiff's application for an Order for Issuance of Maritime Attachment and Garnishment.

**SO ORDERED**

Dated: May 13, 2020

_____
United States District Judge
Paul␣I

#74767825_v1