UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAFNIA TANKERS SHIPHOLDING
ALPHA PTE. LTD.,

                              Plaintiff,

                    -v-

PETROLIFEROS ENERMEX S.A.P.I. DE C.V.,
JZ-LINK, S.A. DE C.V., TARGA FUELS, S.A.
DE C.V., ENERMEX LOGISTICA Y TERMINALES,
S.A. DE C.V., REVENT, S.A. DE C.V.,
COMBUSTIBLES ENERMEX, S.A. DE C.V.,
ENERTRADE S.A., and JULIO JAUREGUI
*a/k/a* JULIO JAUREGUI SADD,

                              Defendants.

20 Civ. 3718 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 13, 2020, the Honorable P. Kevin Castel, sitting in Part 1, granted plaintiff Hafnia Tankers Shipholding Alpha Pte. Ltd.'s ("Hafnia Tankers") motion to open this matter under seal. On July 22, 2020, counsel for defendants Petroliferos Enermex, JZ-Link, Targa Fuels, Enermex Logistica, Revent, Combustibles, and Enertrade (together, the "Entity Defendants"), and counsel for defendant Julio Jauregui filed motions to vacate the Court's order of attachment and dismiss the complaint. The Court hereby orders the following:

1) It appearing that all defendants have been alerted to this matter, plaintiff is directed to file a letter by close of business on Tuesday, July 28, 2020, moving to unseal this case or, in the alternative, detailing plaintiff's views on why this matter should not now be unsealed in its entirety. Plaintiff's letter should be emailed to EngelmayerNYSDChambers@nysd.uscourts.gov and copy counsel for defendants.

2)  The Court sets the following briefing schedule for defendants' motions. Plaintiff's opposition is due by August 11, 2020. Plaintiff may choose to file a combined opposition brief. Defendants' replies are due by August 18, 2020.

SO ORDERED.

                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: July 24, 2020
       New York, New York