UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAFNIA TANKERS SHIPHOLDING ALPHA PTE. LTD.,

                Plaintiff,

-against-

PETROLIFEROS ENERMEX S.A.P.I. DE C.V., JZ-LINK, S.A. DE C.V., TARGA FUELS, S.A. DE C.V., ENERMEX LOGISTICA Y TERMINALES, S.A. DE C.V., REVENT, S.A. DE C.V., COMBUSTIBLES ENERMEX, S.A. DE C.V., ENERTRADE S.A., and JULIO JAUREGUI A/K/A JULIO JAUREGUI SADD,

                Defendants.

Civ. Act. No. 20-cv-3718 (PAE)

**AMENDED ATTACHMENT ORDER**

---

      **UPON** reading the Verified Amended Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the declarations and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

      **NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiffs, it is hereby

      **ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Amended Complaint in the amount of $6,154,745.32 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of (1) PETROLIFEROS ENERMEX S.A.P.I. DE C.V., (2) JZ-LINK, S.A. DE C.V., (3) TARGA FUELS, S.A. DE C.V., (4) ENERMEX

LOGISTICA Y TERMINALES, S.A. DE C.V., (5) REVENT, S.A. DE C.V., (6) COMBUSTIBLES ENERMEX, S.A. DE C.V., (7) ENERTRADE S.A., and (8) JULIO JAUREGUI A/K/A JULIO JAUREGUI SADD, by any garnishee within this district, including, *inter alia*, the following financial institutions:

> JP Morgan Chase Bank, N.A
>
> Citibank, N.A.
>
> Morgan Stanley
>
> Bank of America, N.A.
>
> The Bank of New York/Mellon
>
> Barclays Bank
>
> BNP Paribas
>
> Commerzbank AG
>
> Deutsche Bank AG
>
> HSBC Bank (USA), N.A.
>
> Royal Bank of Scotland
>
> Santander Bank, N.A.
>
> Societe Generale
>
> Standard Chartered Bank
>
> UBS AG
>
> Wells Fargo Bank, N.A.
>
> MashreqBank, PSC

and it is further

**ORDERED** that said Amended Attachment Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $6,154,745.32, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Amended Attachment Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Amended Attachment Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that a copy of this Amended Attachment Order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** that in light of the current situation surrounding COVID-19, service of the both (a) the original Attachment Order dated May 15, 2020 and associated papers as well as (b) this Amended Attachment Order and associated papers may be made by facsimile transmission or other verifiable electronic means, including e-mail, to those garnishees which currently are not physically accepting service of legal documents; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: May 18, 2020  
      New York, NY

SO ORDERED.

*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge