UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFNIA TANKERS SHIPHOLDING ALPHA PTE. LTD.,

Plaintiff,

-against-

PETROLIFEROS ENERMEX S.A.P.I. DE C.V., JZ-LINK, S.A. DE C.V., TARGA FUELS, S.A. DE C.V., ENERMEX LOGISTICA Y TERMINALES, S.A. DE C.V., REVENT, S.A. DE C.V., COMBUSTIBLES ENERMEX, S.A. DE C.V., and JULIO JAUREGUI A/K/A JULIO JAUREGUI SADD,

Defendants.

No. 20 Civ. 3718 (PAE)
**ORDER**

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the declarations and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiffs, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $6,154,745.32 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of (1) PETROLIFEROS ENERMEX S.A.P.I. DE C.V., (2) JZ-LINK, S.A. DE C.V., (3) TARGA FUELS, S.A. DE C.V., (4) ENERMEX LOGISTICA Y

TERMINALES, S.A. DE C.V., (5) REVENT, S.A. DE C.V., (6) COMBUSTIBLES ENERMEX, S.A. DE C.V., and (7) JULIO JAUREGUI A/K/A JULIO JAUREGUI SADD, by any garnishee within this district, including, *inter alia*, the following financial institutions:

    JP Morgan Chase Bank, N.A

    Citibank, N.A.

    Morgan Stanley

    Bank of America, N.A.

    The Bank of New York/Mellon

    Barclays Bank

    BNP Paribas

    Commerzbank AG

    Deutsche Bank AG

    HSBC Bank (USA), N.A.

    Royal Bank of Scotland

    Santander Bank, N.A.

    Societe Generale

    Standard Chartered Bank

    UBS AG

    Wells Fargo Bank, N.A.

    MashreqBank, PSC

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $6,154,745.32, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: New York, New York
May 15, 2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge