UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFNIA TANKERS SHIPHOLDING ALPHA PTE. LTD.,

Plaintiff,

-v-

20 Civ. 3718 (PAE)

ORDER

PETROLIFEROS ENERMEX S.A.P.I. DE C.V., JZ-LINK,
S.A. DE C.V., TARGA FUELS, S.A. DE C.V., ENERMEX
LOGISTICA Y TERMINALES, S.A. DE C.V., REVENT,
S.A. DE C.V., COMBUSTIBLES ENERMEX, S.A. DE
C.V., ENERTRADE S.A., and JULIO JAUREGUI A/K/A
JULIO JAUREGUI SAAD,

Defendants.

## ORDER VACATING ORDERS OF ATTACHMENT

On May 15, 2020, the Court granted the motion of Plaintiff, Hafnia Tankers Shipholding
Alpha Pte. Ltd. ("Plaintiff") for an Order of Maritime Attachment against Defendants
Petroliferos Enermex S.A.P.I. de C.V., JZ-Link, S.A. de C.V., Targa Fuels, S.A. de C.V.,
Enermex Logistica y Terminales, S.A. de C.V., Revent, S.A. de C.V., Combustibles Enermex,
S.A. de C.V., and Julio Jauregui a/k/a Julio Jauregui Saad, and issued the Order of
Maritime Attachment the same day. *See* Dkt. 28.

On May 18, 2020, this Court granted Plaintiff's motion to amend the original Order
of Maritime Attachment by adding Enertrade S.A. as an additional party named, and issued
an Amended Attachment Order dated May 18, 2020. *See* Dkt. 26.

On August 18, 2020, Plaintiff filed a notice with this Court advising that the Plaintiff and
Defendant Petroliferos Enermex S.A.P.I. de C.V. had concluded a settlement agreement.
Pursuant to the terms of that agreement, Plaintiff moved to vacate the Court's Order of Maritime
Attachment dated May 15, 2020, and the Court's Amended Attachment Order date May 18, 2020.

Based upon the foregoing, it is hereby:

**ORDERED** that this Court's Order of Maritime Attachment dated May 15, 2020, Dkt. 28, is **VACATED**; and it is further

**ORDERED** that this Court's Amended Attachment Order dated May 18, 2020, Dkt. 26, is **VACATED**; and it is further

**ORDERED** that any amounts attached by garnishees under either the Order of Maritime Attachment dated May 15, 2020 or the Amended Attachment Order dated May 18, 2020 are to be released forthwith by said garnishees; and it is further

**ORDERED** that garnishees are to cease and desist from any further restraint of any property of Defendants arising out of either the Order of Maritime Attachment dated May 15, 2020 or the Amended Attachment Order dated May 18, 2020; and it is further

**ORDERED** that Plaintiff is to serve this Order forthwith on any garnishees having been served with either the Order of Maritime Attachment dated May 15, 2020 or the Amended Attachment Order dated May 18, 2020.

Dated: September 3, 2020
      New York, NY

                                 PAUL A. ENGELMAYER
                                United States District Judge