UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

HAFNIA TANKERS SHIPHOLDING
ALPHA PTE. LTD.,

         Plaintiff,

     -v-

PETROLIFEROS ENERMEX S.A.P.I. DE C.V.,
JZ-LINK, S.A. DE C.V., TARGA FUELS, S.A.
DE C.V., ENERMEX LOGISTICA Y TERMINALES,
S.A. DE C.V., REVENT, S.A. DE C.V.,
COMBUSTIBLES ENERMEX, S.A. DE C.V.,
ENERTRADE S.A., and JULIO JAUREGUI
*a/k/a* JULIO JAUREGUI SADD,

         Defendants.

20 Civ. 3718 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

  The Court having been advised by the parties that all claims asserted herein have been settled in principle, *see* Dkt. 35, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action no later than **April 1, 2021** if the settlement is not consummated.

  To be clear, any application to reopen must be filed by **April 1, 2021**; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: September 3, 2020
           New York, New York